V. David Rivkin
Gregory F. Hauser
WUERSCH & GERING LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel. 212-509-5050
Fax: 212-509-9559
gregory.hauser@wg-law.com
david.rivkin@wg-law.com

*Attorneys for Petitioner*
*Pedro Pidwell as Liquidator of*
*Espirito Santo Financial*
*Portugal, SGPS, SA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re: Application of Pedro Pidwell for              Case No. _____
An Order Seeking Discovery from
CENTERBRIDGE PARTNERS L.P., and APOLLO
GLOBAL MANAGEMENT, INC. f/k/a APOLLO
GLOBAL MANAGEMENT LLC
Pursuant to 28 U.S.C. § 1782,
In Aid of a Foreign Proceeding
---------------------------------------------------------x

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Petitioner Pedro Pidwell, as liquidator for Espirito Santo Financial Portugal, SGPS, SA, respectfully requests that this Court issue an Order in the form annexed as Exhibit A hereto, granting Petitioner leave pursuant to 28 U.S.C. § 1782 to obtain discovery from Centerbridge Partners L.P. and Apollo Global Management, Inc., by serving them with subpoenas substantially in the form annexed hereto as Exhibits B and C. The discovery sought is for use in a legal proceeding pending in Lisbon, Portugal.  The factual and legal basis for Petitioner's discovery application pursuant to 28 U.S.C. § 1782 is set out in the Declaration of Antonio Alfaia de Carvalho and the Memorandum of Law submitted herewith.

Dated: New York, New York
February 1, 2021

                          Respectfully submitted,

                          /s/ V. David Rivkin
                          V. DAVID RIVKIN
                          GREGORY F. HAUSER

                          *Attorneys for Petitioner*