```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF PEDRO PIDWELL FOR AN ORDER SEEKING DISCOVERY FROM CENTERBRIDGE PARTNERS L.P., AND APOLLO GLOBAL MANAGEMENT, INC. F/K/A APOLLO GLOBAL MANAGEMENT, LLC PURSUANT TO 28 U.S.C. §1782, IN AID OF A FOREIGN PROCEEDING | **ORDER CONVERTING ORAL ARGUMENT TO TELEPHONIC**<br><br>1:21-MC-0166 (ALC)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Oral Argument in this matter scheduled for **Tuesday, January 11, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: December 22, 2021
New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge