UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF PEDRO PIDWELL FOR AN ORDER SEEKING DISCOVERY FROM CENTERBRIDGE PARTNERS L.P., AND APOLLO GLOBAL MANAGEMENT, INC. F/K/A APOLLO GLOBAL MANAGEMENT, LLC PURSUANT TO 28 U.S.C. §1782, IN AID OF A FOREIGN PROCEEDING | **ORDER ADJOURNING**<br><br>**ORAL ARGUMENT**<br><br>**1:21-MC-0166 (ALC)(KHP)** |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 1/5/2022

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' recent submissions at ECF Nos. 31 and 22, the Court will adjourn oral argument scheduled for Tuesday, January 11, 2022.  The parties' are required to provide a status update to the Court by February 23, 2022.

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

KATHARINE H. PARKER
United States Magistrate Judge