```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: APPLICATION OF PEDRO PIDWELL FOR AN ORDER SEEKING DISCOVERY FROM CENTERBRIDGE PARTNERS L.P., AND APOLLO GLOBAL MANAGEMENT, INC. F/K/A APOLLO GLOBAL MANAGEMENT, LLC PURSUANT TO 28 U.S.C. §1782, IN AID OF A FOREIGN PROCEEDING

<u>ORDER SCHEDULING</u>

<u>ORAL ARGUMENT</u>

1:21-MC-0166 (ALC)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court improvidently adjourned oral argument and in light of the applicant's request, the prior order adjourning argument is vacated (ECF No. 33.). Oral argument will be held at the time originally scheduled, by phone, on **January 11, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code: 4858267.

SO ORDERED.

Dated:   January 6, 2022
         New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge