UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re: Application of Pedro Pidwell for
An Order Seeking Discovery from
CENTERBRIDGE PARTNERS L.P., and APOLLO
GLOBAL MANAGEMENT, INC. f/k/a APOLLO
GLOBAL MANAGEMENT LLC
Pursuant to 28 U.S.C. § 1782,
In Aid of a Foreign Proceeding
---------------------------------------------------------x

Case No. 21-MC-166

### ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING PEDRO PIDWELL TO ISSUE SUBPOENAS TO CENTERBRIDGE PARTNERS L.P. AND APOLLO GLOBAL MANAGEMENT, INC., FOR THE PUPOSE OF OBTAINING DISCOVERY IN AID OF A FOREIGN PROCEEDING

This case comes before the Court on the Application of Pedro Pidwell for an Order Seeking Discovery from Centerbridge Partners L.P. and Apollo Global Management, Inc., pursuant to 28 U.S.C. § 1782, in Aid of a Foreign Proceeding. It is hereby:

**ORDERED** that the Application is GRANTED, and

**ORDERED** that Petitioner is authorized to serve Centerbridge Partners L.P. and Apollo Global Management, Inc., with subpoenas substantially in the form attached as Exhibits B and C to the Application.

**IT IS SO ORDERED.**

DATED: 1/21/2022

_____
United States Magistrate Judge