UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION OF PEDRO PIDWELL FOR AN ORDER SEEKING DISCOVERY FROM CENTERBRIDGE PARTNERS L.P., AND APOLLO GLOBAL MANAGEMENT, INC. F/K/A APOLLO GLOBAL MANAGEMENT, LLC PURSUANT TO 28 U.S.C. §1782, IN AID OF A FOREIGN PROCEEDING | **ORDER OF DISMISSAL**<br><br>1:21-MC-0166 (ALC) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On January 21, 2022, the Court issued an order pursuant to 28 U.S.C. § 1782 authorizing Pedro Pidwell ("Applicant") to issue subpoenas to Centerbridge Partners L.P. and Apollo Global Management, Inc. ("Respondents") for the purpose of obtaining discovery in aid of a foreign proceeding.  (ECF Nos. 37, 38.)

On March 16, 2022, the parties submitted a joint status letter informing the Court that the parties had resolved all substantive issues regarding the discovery subpoenas served in this case.  (ECF No. 48.)  On May 31, 2022, the Court so-ordered the parties' proposed Protective Order and ESI Protocol.  (ECF Nos. 54, 55.)

As there do not appear to be any remaining issues that require the Court's intervention, the Clerk of Court is respectfully directed to close this miscellaneous action.  This action will be closed without prejudice to a motion to reopen the action in the event there remain ongoing matters that require the Court's intervention.

SO ORDERED.

Dated: March 21, 2023
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge